IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DARREN LAMONT KEYS,                          )
FCI Williamsburg Plaintiff,                  )Civil Action No.:
POB 340                                      )
    v. Salters, SC .29590                    )
                                             )    Case: 1:08-cv-00726
                                             )    Assigned To : Huvelle, Ellen S.
                                             )    Assign. Date : 4/28/2008
JACKSONVILLE BRANCH OFFICES                  )    Description: FOIA/Privacy Act
OF UNITED STATES ATTORNEY AND                )
SECRET SERVICE AND THE                       )
EXECUTIVE OFFICE OF UNITED                   )
STATES ATTORNEY'S OFFICE,                    )
          Defendant,                         )
_____/

---

## EMERGENCY PETITION FOR WRIT OF MANDAMUS
## UNDER 28 U.S.C. § 1361 COMPELLING
## COMPLIANCE WITH FREEDOM OF INFORMATION ACT

---

AND NOW COMES, Your plaintiff Darren Keys, Pro Se, praying and respectfully petitioning this Honorable Court for an order directing the U.S. Attorney's Office to comply with Freedom of Information Act request after having deliberately delaying compliance since June 2003, pursuant to 28 U.S.C. § 1361.

In Support, your plaintiff offers:

## I. INTRODUCTION

This case presents "a prosecution gone wild" versus "a respectful request" for "THE TRUTH" and its counterpart "justice."

**RECEIVED**

FEB 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## HIDE AND SEEK

This story begins with an unfornate game of "hide and seek" where the prosecution has and continues, despite the law, to <u>hide</u> useful and even exculpatory information <u>UNCHECKED</u>.

## SINCE 2001

Plaintiff, since the illegal arrest on August 15, 2001, has asked, pleaded, and practically begged for discoverable information, only to be denied access by U.S. Attorney Kathleen O'Malley. Even to the point of sending the U.S. Marshalls to confiscate a small manilla envelope of discovery obtained while firing his attorney.

## 2003 F.O.I.A. REQUEST

In June 2003, plaintiff filed a Freedom of Information Act request to Secret Service after sending letters to U.S. Attorney's Office. After having family to call U.S. Attorney's Office, they were told that I needed to contact U.S. Secret Service because they were the arresting agency and would have everything. F.O.I.A. request ensued.

## ALMOST FIVE(5) YEARS LATER

Freedom of Information Act request compliance was delayed/impeded for "almost five years" until plaintiff got fed-up and filed a petition for Mandamus to Compel F.O.I.A. agent to comply.

## JUDGE CONSTRUES AS F.O.I.A. LAWSUIT

The Court determined that the Department of Homeland Security was the proper Defendant and as soon as the marshalls served the "Department" suddenly, plaintiff received a letter stating that the search is being conducted.

### SECRET SERVICE CONSPIRES WITH U.S. ATTORNEY TO WITH-HOLD INFORMATION CONCERNING CASE NO. 3:01-cr-239

U.S. Secret Service Agent Robert Fultz, and U.S. Attorney Kathleen O'Malley continue to delay and/or deny disclosure of non-exempt information regarding "Jacksonville Case" (3:01-cr-239) as this information was not included in the alleged "Full-Disclosure" that Homeland Security asserts in its motion to dismiss based on full compliance.

Obviously, the Department of Homeland Security has very little idea that 14 boxes of discoverable material were produced at trial, but none was disclosed to Mr. Keys.

Department of Homeland Security was also unaware that Secret Service Agent Fultz and U.S. Attorney O'Malley does not intend on disclosing the requested information because it could prove their conviction illegal.

### FEDERAL RULES OF CRIMINAL PROCUDRE 16(a)(1)(C) AUTHORITIES DEFENDANTS TO EXAMINE GOVERNMENT DOCUMENTS MATERIAL TO GOVERNMENT'S CASE IN CHIEF

Defendant never examined the requested government documents material to the preparation of his defense against the government's

- 3 -

case in chief. Six (6) years have passed as well as several Appellate pleadings and the government has <u>still</u> not disclosed this very "Reasonable" and "Necessary" information requested in his very limited discovery motion. One of which was denied by this Court because of non-compliance with discovery rules, that is, failure to attempt to reach private settlement with U.S. Attorney's Office by written request.

<u>LAST CHANCE</u>

Your plaintiff Keys asks this Court to consider the follwing:

- No other effective means are available as this §2255 Motion is the defendant's final chance at relief,

- Plaintiff Keys only seeks to have the Bank's proof of loss disclosed (this is a very reasonable request as it was never disclosed to defendant)

- Plaintiff Keys filed an inartful Freedom of Information Act request in June of 2003, (the same year of conviction as soon as he arrived at Prison).

<u>RESPONSE DELAYED FOR YEARS</u>

The government delayed responding until August of 2007, only to "Dodge and/or avoid" disclosure of the information

- 4 -

requested by circumventing the F.O.I.A. Suit, by quickly sending Keys "stale" information from 1998, then telling the District Court in D.C. that they had complied and moved for Summary Judgment.

## SQUARE ONE

The Court, without assuring itself whether government was mistating the facts, granted Summary Judgment - sending Keys "back to square one."

## MISCARRIAGE OF JUSTICE

Even more dismal is the fact that now, the information is desperately needed and absent relief now, your plaintiff will suffer an awful miscarriage of justice.

### KEYS ASKS THIS COURT TO COMPELL RESPONSE TO DEPARTMENT OF HOMELAND SECURITY'S REQUEST TO DISCLOSE THE INFORMATION IN U.S. ATTORNEY'S OFFICE FILES

Department of Homeland Security, during its "Delayed - Fast Ball" approach to complying with Keys' F.O.I.A. Suit, contacted the U.S. Attorney's Office in Jacksonville and asked them for any information responsive to Keys' request. U.S. Attorney's Office in Jacksonville, failed or refused response. Keys now asks for Mandamus Relief.

## II. RULE OF LAW

Quite instructive on this issue is the Supreme Court's decision in Pittson Coal Group v. Sebben, 488 U.S. 105, 121, 109 S. Ct. 414, 424, 102 L.Ed 2d 408, (1988); Carter v. Seamans, 411

F.2d 767, 773 (5th Cir 1969) Cert Denied; 397 U.S. 941, 90 S. Ct. 953, 25 L.Ed 2d 121 (1970). Holding that:

> "Mandamus is an extraordinary remedy, available
> only where government officials clearly have failed
> to perform nondiscretionary duties. In order for
> Mandamus to issue,[Keys] must demonstrate that a
> government officer owes [Keys] a legal duty to disclose
> material information to its case in chief, which
> is a specific, Ministerial Act, devoid of the
> exercise of judgment or discretion."

The legal duty must be set out in the constitution or by statute, Goldings v. Chandler, 979 F.2d 1104, 1108 (5th Cir. 1992), and courts performance must be positively commanded and so plainly prescribed as to be free from doubt Id.

## DISTRICT COURT'S JURISDICTION

This District Court has jurisdiction to extent noted here, over this action under the mandamus statute, which this Circuit has stated waives, for some purposes, the sovereign immunity of the United States. See Huffstutter v. Bergland, 607 F.2d 1090, 1092 (5th Cir. 1979).

The court should not look to the merits in deciding the jurisdictional questions Jones, 609 F.2d at 781, Instead, the Court must accept as true all nonfrivolous allegations of the complaint. Id.

- 6 -

## SHOULD MANDAMUS ISSUE?

The Writ of Mandamus is the only vehicle available as Keys has:

(1) sent letters to U.S. Attorney's Office

(Who "passed the buck" to U.S. Secret Service)

(2) letters to Counsel (no response)

(3) letters to the Banks (no response)

(4) Freedom of Information Act request to the U.S. Secret Service in (June 2003) (this request was never complied with until a suit was filed and even then the U.S. Secret Service sent "stale" 1998 information and not the requested/expected 2001 (3:01-cr-239) case in chief information.

## III. APPLICIBILITY

Applying the above cited principles and rules of law this Court should order the government to respond as the circumstances in this case warrant Mandamus Relief.

Just as in the cited Supreme Court authority <u>Pittson</u>, Supra mandamus relief is available where, as here, the government clearly have failed to perform a non-discretionary duty. The government, indeed owes Keys disclosure of material information to its case in chief. (i.e. copies of itemized loss claims, insurance claims, disclosure of loan payments made by Keys which decreased the loss amount, thereby amounting to false claims and reduced sentencing exposure.)

- 7 -

The government's Jacksonville U.S. Attorney's Office and (Kathleen O'Malley, even after being contacted by the Department of Homeland Security, still refuses to comply with Freedom of Information.

## CONCLUSION

Keys asks this Court for the only relief avavilable, Mandamus Relief. As the government in this case blatantly holds a high disregard for the constitution's protections, the discovery rules and the rights of the plaintiff.

WHEREFORE, Keys respectfully petitions this Court to order the government's response to the Department of Homeland Security as they have tried to comply but have been precluded by U.S. Attorney's Office in Jacksonville (See Exhibit     , Homeland Security contacts U.S. Attorney, no response).

Done this _____ day of
January, 2008.

Respectfully Submitted,

_without prejudice_

Darren Keys, Pro Se
Reg.# 33000-037
FCI Williamsburg
P.O.Box 340
Salters, SC  29590

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Mandamus petition has been forwarded to:

Kathleen O'Malley, A.U.S.A.
3100 N. Hogan Street, Suite 700
Jacksonville, FL  37202

on this _____ day of January, 2008.

                                        Respectfully Submitted,

                                        Darren Keys, Por Se
                                        Reg.# 33000-037
                                        FCI Williamsburg
                                        P.O.Box 340
                                        Salters, SC  29590

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

08-726
ESH

## I (a) PLAINTIFFS

Darren Lamont Keys

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE (PP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 33000 - 037

## DEFENDANTS

Jacksonville Branch Offices of the US

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00726
Assigned To : Huvelle, Ellen S.
Assign. Date : 4/28/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

5

| □ G. *Habeas Corpus/ 2255*<br><br>□ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ H. *Employment Discrimination*<br><br>□ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ I. *FOIA/PRIVACY ACT*<br><br>□ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ J. *Student Loan*<br><br>□ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
|---|---|---|---|
| □ K. *Labor/ERISA (non-employment)*<br><br>□ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ L. *Other Civil Rights (non-employment)*<br><br>□ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ M. *Contract*<br><br>□ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ N. *Three-Judge Court*<br><br>□ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☑ 1 Original | □ 2 Removed | □ 3 Remanded from | □ 4 Reinstated | □ 5 Transferred from | □ Multi district | □ 7Appeal to
Proceeding | from State | Appellate Court | or Reopened | another district | Litigation | District Judge
| Court | | | (specify) | | from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>□    ACTION UNDER F.R.C.P. 23 | **DEMAND $**<br>0 | Check YES only if demanded in complaint<br>**JURY DEMAND:** □ YES    ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S)**     (See instruction)
**IF ANY**          □ YES  ☒ NO    If yes, please complete related case form.

DATE 4/28/08     SIGNATURE OF ATTORNEY OF RECORD
     MCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd