FILED

APR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARREN LAMONT KEYS, )
)
    Plaintiff, )
)
v. ) Civil Action No. 08 0726
)
JACKSONVILLE BRANCH OFFICES OF )
THE UNITED STATES ATTORNEY AND )
SECRET SERVICE, et al., )
)
    Defendants. )

## ORDER

This matter is before the Court upon initial consideration of the Emergency Petition for Mandamus. Mandamus is a drastic remedy to be invoked only in extraordinary situations. See Chatman-Bey v. Thornburgh, 864 F.2d 804, 806 n. 2 (1988). It is granted only when essential to the interests of justice. Starnes v. McGuire, 512 F.2d 918, 929 (D.C. Cir. 1974). Mandamus is available only if: "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to act; and (3) there is no other adequate remedy available to plaintiff." Northern States Power Co. v. United States Dep't of Energy, 128 F.3d 754, 758 (D.C. Cir. 1997). The party seeking mandamus has the "burden of showing that its right to issuance of the writ is 'clear and indisputable.'" Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988) (citing Bankers Life & Cas. Co. v. Holland, 346 U.S. 379, 384 (1953)). Plaintiff does not meet his burden.

In this action, plaintiff demands the release of records maintained by the

"Jacksonville Branch Offices of the United States Attorney and Secret Service and the Executive Office of United States Attorney's Office." Pet. (Caption). An adequate remedy for a request of this nature exists pursuant to the Freedom of Information Act. See 5 U.S.C. § 552(a)(4)(B).

The Court will deny the petition for a writ of mandamus and construe the pleading as a Complaint against the United States Department of Justice and the United States Treasury pursuant to the Freedom of Information Act. The Court will issue a separate Order regarding plaintiff's application to proceed *in forma pauperis*.

Accordingly, it is hereby

ORDERED that the petition for a writ of mandamus is DENIED, and it is

FURTHER ORDERED that this action shall proceed as a civil action against the United States Department of Homeland Security and the United States Department of Justice pursuant to the Freedom of Information Act, and it is

FURTHER ORDERED that a copy of this Order shall be served on defendant with a copy of the summons and complaint.

SO ORDERED.

/s/ Royce C. Lamberth
United States District Judge

Date: 4/18/08