CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARREN LAMONT KEYS                    )
                                      )
                                      )
                                      )
           Plaintiff                ) Civil Case Number 08-726(RMU)
                                      )
                                      )
                                      )      Category   I
JACKSONVILLE BRANCH OFFICES           )
   OF U.S. ATTORNEY, ET AL.            )
                                      )
          Defendant                )
                                      )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 30, 2008  from Judge Ellen

Segal Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.


(Judge Urbina has related CA 07-465)


ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Huvelle & Courtroom Deputy
Judge Urbina & Courtroom Deputy
Liaison, Calendar and Case Management Committee