CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DARREN LAMONT KEYS        )
                          )
    Plaintiffs        )
                          )
    v.                )   Civil Case Number 08-726 (ESH)
                          )
JACKSONVILLE BRANCH       )   Category    I
  OFFICES OF THE UNITED   )
  STATES ATTORNEY         )
                          )
    Defendants        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on May 29, 2008, from Judge Ricardo M. Urbina to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Case is not related to CA 07-465.)

                        ELLEN SEGAL HUVELLE
                        Chair, Calendar and Case
                        Management Committee

cc:   Judge Huvelle & Courtroom Deputy
        Judge Urbina & Courtroom Deputy
        Liaison, Calendar Committee