# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS )<br>#33000-037 )<br>FCI Williamsburg )<br>P.O. Box 340 )<br>Salters, SC 29590, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>JACKSONVILLE BRANCH OFFICE OF )<br>THE UNITED STATES ATTORNEY and )<br>SECRET SERVICE and the )<br>EXECUTIVE OFFICE OF UNITED )<br>STATES ATTORNEY'S OFFICE, )<br>    )<br>    Defendants. )<br>    ) | Civil Action No. 08-0726 (ESH) |

## **NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for defendants in the above-captioned case.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

DARREN LAMONT KEYS
#33000-037
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

on this _____ day of May, 2008.

/s/
CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Room E-4204
Washington, D.C. 20530
(202) 514-7137