IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DARREN LAMONT KEYS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 07-465 (AK) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) ) | Civil No. 08-726 (ESH) |
| Defendant. | ) ) | |

**DEFENDANT'S NOTICE OF RELATED CASES
PURSUANT TO LOCAL CIVIL RULE 40.5(b)**

Defendant, the United States Department of Homeland Security, hereby files its Notice of Related Cases pursuant to Local Civil Rule 40.5(b).

Plaintiff, who is proceeding pro se, has filed a subsequent lawsuit, Civil Action No. 08-726 (ESH), concerning the very same Freedom of Information Act request that is the subject of the complaint he filed in Civil Action No. 07-465 (AK). Because these cases concern the same parties, facts, and issues of law, defendant is simultaneously, with the filing of this notice, filing a Motion to Consolidate Related Cases in Civil Action No. 07-465 in accordance with Federal Rule of Civil Procedure 42 and Local Civil Rule 40.5(d).

Dated: June 6, 2008

                                                  Respectfully submitted,

                                                  /s/ Jeffrey A. Taylor
                                                JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                United States Attorney

                                                 /s/ Rudolph Contreras
                                                RUDOLPH CONTRERAS, D.C. BAR # 434122

        Assistant United States Attorney

          /s/ Michelle N. Johnson
        MICHELLE N. JOHNSON, D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W. – Room E4212
        Washington, D.C. 20530
        (202) 514-7139

        **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of June, 2008, I caused the foregoing Notice of Related Cases to be served on plaintiff *pro se*, postage prepaid, and addressed as follows:

Mr. Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

/s/
MICHELLE N. JOHNSON
Assistant United States Attorney