UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** )<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>Defendants. )<br>) | Civil No. 08-726 (ESH) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, through counsel, respectfully move this Court for an enlargement of time in which to respond to the Complaint in this case. In support of this motion, Defendants states the following:

1. This lawsuit concerns a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552 in June 2003.

2. Defendant in Keys v. United States Department of Homeland Security, Civil No. 07-465 (D.D.C.), has moved to consolidate that case with the instant one, and that motion is currently pending.

3. Meanwhile, lead defense counsel in both of these cases, Assistant U.S. Attorney Michelle Johnson, has had to be out of town due to the critical illness of a close family member. At present, the date of her return to the office is unknown.

4. Accordingly, defendants request that this Court grant an extension of time for the filing of the answer to the Complaint in the instant case, to and including ten days after a decision is reached on the motion to consolidate in Civil Action No. 07-465.

5.  Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

June 13, 2008

Respectfully submitted,

　 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　 /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212

Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANT

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 13th day of June, 2008.

                                              /s/
MARINA UTGOFF BRASWELL, for
MICHELLE N. JOHNSON
Assistant U.S. Attorneys
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C. 20530