UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-726 (ESH) |

## ORDER OF REFERRAL

Plaintiff has filed the instant action regarding the same Freedom of Information Act request that is at issue in *Keys v. Department of Homeland Security*, Civil Action No. 07-465, which case was assigned to Magistrate Judge Alan Kay for all purposes by consent of the parties. Accordingly, because the instant action concerns the same parties, facts, and issues of law that are involved in Civil Action No. 07-465, and the parties have consented to proceed before the magistrate judge in the prior action for the resolution of these issues, it is hereby

**ORDERED** that the above-captioned matter be referred to Magistrate Judge Alan Kay for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the prior consent of the parties in Civil Action No. 07-465.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: June 16, 2008

cc:   Magistrate Judge Alan Kay