*Let this be filed
ESH
7/10/08*

Darren L. Keys
Reg. No.33000-037
Williamsburg, FCI
P.O. Box 340
Salters, SC 29590

June 30, 2008

U.S. District Court Clerk
Nancy Mayer-Whittington/Greg Hughes
333 Constitution Ave. N.W.
Washington, DC 20001

RE: 08-CV0726/June 25, 2008 letter regarding consent to *(ESH)*

reassignment.

Dear Clerk,

I must respectfully decline consent at this time as you have included, for signing, a waiver of rights to proceed before a District Judge in order to reassign and I do not wish to waive such right.

Thank you for your time and understanding.

Respectfully Submitted,

Darren L. Keys/Without Prejudice