UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARREN LAMONT KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 08-726 (ESH) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, through counsel, respectfully move this Court for an enlargement of time in which to respond to the Complaint in this case. In support of this motion, Defendants states the following:

1. This lawsuit concerns a request Plaintiff submitted pursuant to the Freedom of Information Act, 5 U.S.C. § 552 in June 2003.

2. Lead defense counsel in both of these cases, Assistant U.S. Attorney Michelle Johnson, has had to be out of town due to a death in her immediate family. At present, the date of her return to the office is unknown.

3. Accordingly, Defendants request that this Court grant an extension of time for the filing of the answer to the Complaint in the instant case, to and including August 22, 2008.

4. Because the pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1]

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions

(continued...)

July 31, 2008

                                              Respectfully submitted,

                                                /s/ Jeffrey A. Taylor
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                                /s/ Rudolph Contreras
                                              RUDOLPH CONTRERAS, D.C. BAR #  434122
                                              Assistant United States Attorney


                                                /s/ Michelle N. Johnson (by AUSA Braswell)
                                              MICHELLE N. JOHNSON, D.C. BAR # 491910
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              Civil Division
                                              555 4th Street, N.W. – Room E4212

                                              Washington, D.C. 20530
                                              (202) 514-7139

                                              COUNSEL FOR DEFENDANT

---

(...continued)
with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Darren Lamont Keys
R33000-037
F.C.I. Williamsburg
Inmate Mail/Parcels
P.O. Box 340
Salters, SC 29590

on this 31st day of July, 2008.

/s/
MARINA UTGOFF BRASWELL, for
MICHELLE N. JOHNSON
Assistant U.S. Attorneys
U.S. Attorney's Office - Civil Division
555 4th Street, N.W.
Washington, D.C. 20530