UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARREN LAMONT KEYS, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-726 (ESH) |
| UNITED STATES DEPARTMENT OF ) HOMELAND SECURITY, *et al.*, ) | |
| Defendants. ) | |

## ORDER OF REFERRAL

It is hereby

**ORDERED** that pursuant to Local Rule 72.3, this case is referred to United States Magistrate Judge Alan Kay for a Report and Recommendation on Defendants' Motion for Dismissal, or Alternatively, Summary Judgment.

**SO ORDERED.**

                                                                           s/
                                       ELLEN SEGAL HUVELLE
                                       United States District Judge

Date: August 25, 2008