REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-I

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 05:552 Freedom of Information Act | | | |
|---|---|---|---|---|
| CASE NO: CA 08-726 | DATE REFERRED: 8/25/08<br><br>DISPOSITION DATE: | PURPOSE: R &R on Motion for dismissal, or alternatively Summary Judgment | JUDGE: Ellen Segal Huvelle | MAG. JUDGE Alan Kay |
| PLAINTIFF(S): DARREN LAMONT KEYS | | DEFENDANT(S): JACKSONVILLE BRANCH OFFICES OF UNITED STATES ATTORNEY, et al | | |
| ENTRIES: | | | | |