UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DARREN LAMONT KEYS,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-0726 (ESH/AK) |
| **DEPARTMENT OF HOMELAND SECURITY,** *et al.*, | ) | |
| Defendants. | ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Pursuant to Local Civil Rule 72.3, this Court referred this matter to Magistrate Judge Alan Kay for report and recommendation. Magistrate Judge Kay issued a Report and Recommendation on February 13, 2009.

Under Local Civil Rule 72.3(b), parties may file objections within ten days of service of a magistrate judge's Report. A party's failure to file a timely objection may waive appellate review of a district court order adopting the Report and Recommendation. *See* LCvR 72.3(b).

In this case, the Court concurs with the recommendations contained in the magistrate judge's Report. Since no party has filed any objections within the prescribed time period, it is this 10th day of March, 2009, hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation of February 13, 2009, is **ADOPTED IN FULL**; and it is

**FURTHER ORDERED** that defendants' motion for summary judgment [Dkt. # 18] is **GRANTED** for the reasons stated in the Report and Recommendation; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                          /s/
                                    ELLEN SEGAL HUVELLE
                                    United States District Judge

Dated:   March 10, 2009


cc:  Magistrate Judge Alan Kay